# UNITED STATES BANKRUPTCY COURT

## Middle District of Alabama

In re:  
**David W Wallace and Wanda D Wallace**  
    Debtors

Case No.: 06–30920  
Chapter: 13

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *CitiMortgage, Inc. (Claim #7)* . Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated: 5/1/07

Dwight H. Williams Jr.  
United States Bankruptcy Judge